UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
Jose Perez
                    Plaintiff,

                                                    ORDER OF REFERENCE
          -against-                                 TO A MAGISTRATE JUDGE

                                                    08 Civ. 4477(BSJ) (GWG)

P.A.O. Parking Corp., and Nicholas Plytas
                    Defendants.
--------------------------------------------------------X
          The above entitled action is referred to the designated Magistrate Judge for the following
purpose(s):

_X__    General Pretrial (includes scheduling,
        discovery, non-dispositive pretrial motions,        ___    Consent under 28 U.S.C. §636(c) for all
        and settlement)                                            purposes (including trial)


____    Specific Non-Dispositive Motion/Dispute:*           ___    Consent under 28 U.S.C.§636(c) for
        _____                          limited purpose (e.g., dispositive motion,
                                                                   preliminary injunction)
        _____
                                                                   Purpose:_____

        If referral is for discovery disputes  when
        the District Judge is unavailable, the time         ___    Habeas Corpus
        period of the referral:_____


                                                            ___    Social Security
__      Settlement*


                                                            ___    Dispositive Motion (i.e., motion requiring
____    Inquest After Default/Damages Hearing                      a Report and Recommendation)

                                                                   Particular Motion:_____
                                                                   _____

                                                                   All such motions: ____

_____
* Do not check if already referred for general pretrial.
SO ORDERED.
DATED: New York, New York
          May 16, 2008

                                                            _____
                                                                   United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  5/22/08