UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

JOSE PEREZ,                                                  :

                Plaintiff,                    :     **ORDER**

        -v.-                                             :     08 Civ. 4477 (BSJ)(GWG)

P.A.O PARKING CORPORATION,                   :
NICHOLAS PLYTAS
                Defendants.                   :


-----------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, United States Magistrate Judge.**

       The docket sheet in this action indicates that the complaint was filed on May 13,

2008, and that no proof of service of the summons and complaint has been filed.  Rule 4(m) of

the Federal Rules of Civil Procedure  provides:

> If service of the summons and complaint is not made upon a
> defendant within 120 days after the filing of the complaint, the
> court, upon motion, or on its own initiative after notice to the
> plaintiff, shall dismiss the action without prejudice as to that
> defendant or direct that service be effected within a specified time;
> provided that if the plaintiff shows good cause for the failure, the
> court shall extend the time for service for an appropriate period.

In accordance with this rule, plaintiff is directed to arrange for prompt service of the summons

and complaint on the defendant(s).  If service is not made by September 15, 2008, or if no

application is made in writing by such date to extend the time for service showing good cause for

the failure to serve, the action may be dismissed

SO ORDERED.

Dated: August 14, 2008
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge